UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-061** |
| | : | |
| v. | : | |
| | : | |
| **NATBEYE KOUMBAIRIA,** | : | |
| | : | |
| Defendant | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Debra Long-Doyle, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Debra Long-Doyle
Assistant United States Attorney
Federal Major Crimes,
555 4th Street, NW, Room 4828
Washington, DC 20530
202-305-0634