```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** :
: **Crim. No. 07-61-JDB**
    **v.** :
:
**NATBEYE KOUMBAIRIA** :

<u>Government's Notice of Appearance</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby enters the appearance of Michael C. Liebman, on behalf of the United States, and as co-counsel to Assistant United States Attorney Debra L. Long-Doyle.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


by: _____
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 4231
        Washington, D.C.  20530
        michael.liebman@usdoj.gov
        353-2385