**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Case Number: 1:07-Cr-61 |
| | * | Status Date: April 10, 2007 |
| NAIBEYE KOUMBAIRIA | * | Judge Bates |
| Defendant | * | |

**NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of John O. Iweanoge, II

and THE IWEANOGES' FIRM, P.C., as the attorneys for the Defendant, Naibeye Koumbairia.

Respectfully submitted,
THE IWEANOGES' FIRM, PC


By:_____/s/JohnOIweanogeII/s/_____
John O. Iweanoge, II
**IWEANOGE LAW CENTER**
1026 Monroe Street, NE
Washington, D.C. 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com


**CERTIFICATE OF SERVICE**

I HEREBY certify this __30th__ day of __March_____, 2007, I served a copy of
the foregoing documents by ECF/Hand-delivery/facsimile and/or regular mail to

Debra Long-Doyle, AUSA
U.S. Attorneys Office
For the District of Columbia
555 4th Street, NW
Washington, D.C. 20530


_____/s/JohnOIweanogeII/s/_____
John O. Iweanoge, II