**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 07-61-JDB |
| ) | |
| **NATBEYE KOUMBAIRIA** ) | |

<u>Government's Motion to Revoke Order Of Release Pending Trial</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves, pursuant to 18 U.S.C. § 3148(b), to revoke the order of release pending trial of the defendant. The government submits there is probable cause to believe that the defendant has committed a federal and local crime while on release, to wit, possession of marijuana, in violation of 21 U.S.C. § 844, and D.C. Code § 48-904.01(d), and that there is clear and convincing evidence that the defendant has violated other conditions of release, to wit, failing to refrain from the use of illegal drugs, and failing to abide by curfew restrictions.

The government further submits that, based on the factors in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee; and that the defendant is unlikely to abide by any condition or combination of conditions of release.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

by: _____
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 4231
        Washington, D.C.  20530
        353-2385