**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Vs. | : | **Criminal No: 1:07-CR-61 (JDB)** |
| | : | **Motions: June 25, 2007 @ 2:00pm** |
| **NAIBEYE KOUMBAIRIA** | : | **Trial: September 5, 2007 @ 9:00am** |
| | : | |
| **Defendant(s).** | : | |

<u>**MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS
OR UNNAMED AND UNINDICTED CO-CONSPIRATORS**</u>

**COMES NOW**, Defendant, **Naibeye Koumbairia**, by and through John O. Iweanoge, II, and THE IWEANOGES FIRM, P.C., in accordance with the U.S. Supreme Courts' opinions in <u>Roviaro v. United States</u>, 353 U.S. 53 (1957) and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), moves the Court to enter an order directing the United States Attorney to furnish Defendant's counsel with the names, addresses, and present locations of any informants or unnamed co-conspirators, paid or unpaid, of any government agency or unit, who supplied information or performed any role whatsoever which formed the background, for, or resulted in the search/arrest warrant and indictment of the Defendant. The Defendants request applies to confidential informants working in conjunction with federal, as well as state, law enforcement personnel. Defense counsel for Mr. Koumbairia further requests this Court for an order directing the United States Attorney to furnish the defendant the following information.

1. Whether such informant or unindicted co-conspirator was suspected, apprehended or convicted of any crime(s) at any time during which they agreed to gather information on behalf of the United States Government.

2. What crimes or other breaches of law (including jurisdiction and case number) such informant(s) had committed or were suspected of having committed at any time during

which they agreed to gather information on behalf of the United States.

3. Whether any potential or actual criminal charges against any informant were abandoned, altered or otherwise disposed upon agreement with any such informant to gather information for the United States.

4. What financial arrangement existed or exist between any informer or unindicted co-conspirators and the agencies of the United States, Maryland, Virginia, the District of Columbia or any other state relating to including but not limited to fraud, access device, illegal immigration, narcotics, weapons or assault violations, etc.

5. The names, addresses, and criminal records of any informant or unindicted co-conspirator that may or may not be called as witness for the United States.

6. The substance of any plea bargain(s) entered into by any agency of the United States or the several states, and the authority of any such plea bargain.

7. The substance of any agreements made not to charge crimes made with any informant or unindicted co-conspirators by the United States, Maryland, Virginia, the District of Columbia or the several states, and the authority for any such agreements.

8. Information tending to show bias and/or prejudice on the part of any informant whom the government intend to call or may not call at trial.

9. Information tending to show that any informant or unindicted co-conspirators made any inconsistent statements relative to this case, or any related case or to the Defendant.

10. Information tending to show that any informant or unindicted co-conspirators suffers from any material defect in perception, memory, veracity or articulation.

**WHEREFORE**, the Defendant, Mr. Naibeye Koumbairia, through his counsel, prays that the Court grant a hearing and that the Court grant his Motion to allow him to determine in this case whether a due process defense exists.

                                           Respectfully submitted,

                                           Naibeye Koumbairia
                                           Defendant by Counsel

THE IWEANOGES FIRM, P.C.

By: _____
    John O. Iweanoge, II (DCB#: 439913)
    Iweanoge Law Center
    1026 Monroe Street, NE
    Washington, DC 20017
    Phone:  (202) 347-7026
    Fax:     (202) 347-7108
    Email:  joi@iweanogesfirm.com
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____ day of _____, 2007, I caused to serve a copy of the foregoing documents:

### MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS OR UNNAMED AND UNINDICTED CO-CONSPIRATORS

____by placing a true copy thereof in a sealed envelope, with postage prepaid, and causing same to be mailed by first class mail to the person at the address below;

____by causing to be personally delivered a true copy thereof to the person at the address set forth below;

____by FEDERAL EXPRESS/EXPRESS MAIL to the person at the address set forth below;

____by telefaxing with acknowledgement of receipt to the person at the address set forth below:

____by e-mail with acknowledgement of receipt to the person at the address set forth below:

Debra Long-Doyle, AUSA
United States Attorney's Office
For the District of Columbia
555 4th Street, NW
Washington, DC 20530

Dated: _____ day of _____, 2007.   _____
                                                                                           Of Counsel to Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Vs. | : | **Criminal No.: 1:07-CR-61 (JDB)** |
| | : | **Motions: June 25, 2007 @ 2:00pm** |
| **NAIBEYE KOUMBAIRIA** | : | **Trial: September 5, 2007 @ 9:00am** |
| **Defendant(s)** | : | |
| ………………………………………………: | | |

### ORDER

**Upon consideration** of Defendant's Motions for Disclosure of Confidential Informants or Unnamed and Unindicted Co-conspirators and United States opposition thereto it is thereupon this _____ day of _____, 2007.

**ORDERED**, that the Defendant Motions for disclosure of confidential informants or unnamed and unindicted co-conspirators is **GRANTED**, and it is

**FURTHER ORDERED**, that_____

_____

**SO ORDERED**.

                                                                                                        John D. Bates
                                                                                                         Judge

Entered: _____ day of _____, 2007.

Copies sent to:

John O. Iweanoge, II
THE IWEANOGES FIRM, P.C.
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017

Debra Long-Doyle, AUSA
United States Attorney's Office
For the District of Columbia
555 4th Street, NW
Washington, DC 20530