UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATBEYE E. KOUMBAIRIA,<br><br>Defendant. | Criminal No. 07-0061 (JDB)<br><br>FILED<br><br>JUN 2 7 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of [17, 18, 23] the United States's motions seeking admission of intrinsic evidence of the crime charged or alternatively of Rule 404(b) evidence, and to permit the impeachment of defendant with evidence of his prior convictions; [19, 21, 22] defendant's motions to suppress any statements obtained by the United States, to suppress tangible evidence, and to exclude any tangible evidence seized during the search of his residence; [20] defendant's motion to compel the disclosure of any confidential informants or unnamed or unindicted coconspirators; [26] defendant's motion for expedited review and modification of his bond status; the oppositions and replies thereto; the testimony and argument at the motions hearing held on June 25, 2007; and for the reasons stated on the record at that motions hearing; it is this 27th day of June, 2007, hereby

**ORDERED** that the United States's motion seeking admission of intrinsic evidence of the crime charged or alternatively of Rule 404(b) evidence is **GRANTED**; it is further

**ORDERED** that resolution of the United States's motion (and amended motion) to permit impeachment of defendant with evidence of his prior convictions is **DEFERRED**; it is further

-1-

**ORDERED** that defendant's motion to suppress any statements obtained by the United States is **DENIED**; it is further

**ORDERED** that defendant's motions to exclude the tangible evidence seized during the search of his residence are **DENIED**; it is further

**ORDERED** that defendant's motion to compel the disclosure of any confidential informants or unnamed or unindicted coconspirators is **DENIED**; and it is further

**ORDERED** that defendant's motion for expedited review and modification of his bond status is **DENIED**.

**SO ORDERED**.

                        /s/ John D. Bates
                        JOHN D. BATES
                        United States District Judge

Dated: June 27, 2007