UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NAIBEYE KOUMBAIRIA,

Defendant.

Criminal Action No. 07-0061 (JDB)

FILED

JUL 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's unopposed motion for transfer to the D.C. Correctional Treatment Facility, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that defendant Naibeye Koumbairia (PDID No. 552800) shall be transferred to the D.C. Correctional Treatment Facility forthwith.

_____
JOHN D. BATES
United States District Judge

Date: July 3, 2007