UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-061** |
| | : | |
| v. | : | |
| | : | |
| **NATBEYE KOUMBAIRIA,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Precious Murchison, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Precious Murchison
Assistant United States Attorney
Federal Major Crimes,
555 4th Street, NW, Room 4828
Washington, DC 20530
202-307-6080