UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NATBEYE E. KOUMBAIRIA, also known as
NAIBEYE KOUMBAIRIA

    Defendant.

Criminal No. 07-0061 (JDB)

**FILED**

SEP 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Defendant's Motion for Shave and a Haircut and the entire record herein, it is this 4th day of September, 2007, hereby

**ORDERED** that, starting on the day before his trial scheduled to commence on September 5, 2007, the authorities at the D.C. Correctional Treatment Facility shall provide Natbeye Koumbairia, PDID No. 552800, with access to a shave and a haircut.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge

Dated:   September 4, 2007

Copies to:

Debra L. Long-Doyle
Precious Murchison
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC 20530

John O. Iweanoge, Jr.
The Iweanoges Firm
1026 Monroe Street, NE
Washington, DC 20017

-1-