# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Criminal Action 07-0061

NATBEYE KOUMBARIA

      Defendant

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Was any fingerprinting done on the gun? on the tape? & ammunition?

9/7/7
DATE

10:15 PM
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Criminal Action 07-0061

NATBEYE KOUMBARIA

Defendant

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Break for Lunch. How about Fish (Fry) Ice

9/7/7
DATE

12 Noon
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Criminal Action 07-0061

NATBEYE KOUMBARIA

    Defendant

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

The jury is unable to reach a unanimous decision

9/7/07

*[signature]*

DATE

1:10 PM

TIME

*[signature]*

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                  Criminal Action 07-0061

**NATBEYE KOUMBARIA**

    **Defendant**

## Jury Note

Defense Exhibit 2 shows a report date before the search was executed. Can you explain what this means

_____
9/7/0
DATE                                                 FOREPERSON

_____
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                          Criminal Action 07-0061

NATBEYE KOUMBARIA

    Defendant

## Jury Note

Your Honor we have reached a verdict.

9/7/07
DATE

2:55 PM
TIME

FOREPERSON