UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NAIBEYE KOUMBAIRIA,

Defendant.

Criminal Action No. 07-061 (JDB)

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RESPONSE TO JURY NOTES

Your first note asks the following question: "Was any fingerprinting done on the gun? On the tape? And ammunition?"

No evidence relating to fingerprinting was presented in this case. As you have been instructed, your consideration of this matter must be on the basis of the evidence presented at trial, and your recollection of the testimony and other evidence controls.

Your second note asks the following question: "Defense Exhibit 2 shows a report date before the search was executed. Can you explain what this means."

You should rely on your recollection and your interpretation of the evidence presented.

_____
JOHN D. BATES
United States District Judge

Dated:  September 7, 2007