## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NAIBEYE KOUMBAIRIA,

Defendant.

Criminal Action No. 07-061 (JDB)

**FILED**

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT**

**Count One**

With respect to the offense of unlawful possession of a firearm by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant

_____ Guilty                    _____ Not Guilty

With respect to the offense of unlawful possession of ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant

_____ Guilty                    _____ Not Guilty

FOREPERSON

9/7/07
DATE