UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-61 (JDB) |
| | : | |
| v. | : | |
| | : | |
| NAIBEYE KOUMBAIRIA, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to Fed. R. Crim. P. 45, for an enlargement of time in which to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial. As grounds for this motion, the government states as follows:

1. On September 7, 2007, a jury returned a verdict finding the Defendant guilty of unlawful possession of a firearm and/or ammunition by a person who has been convicted of a crime punishable by more than one year in prison. On October 9, 2007, the Defendant filed a Motion for Judgment of Acquittal and/or New Trial.

2. Due to the press of other obligations, including administrative responsibilities, counsel's court schedule, and counsel's recent transition to another section of the U.S. Attorney's Office, undersigned counsel is unable to timely prepare and file the government's Opposition to the Defendant's Motion.

3. Undersigned counsel is authorized to represent that counsel for the Defendant, John O. Iweanoge, Esquire, has no opposition to the government's motion for an enlargement of time. Accordingly, the Defendant would not be prejudiced by the government's late filing its Opposition in this case.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the government's Motion for Enlargement of Time be granted, and that the Court permit the Government to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial by close of business on Friday, October 26, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        _____/s/_____
        PRECIOUS MURCHISON
        Assistant United States Attorney
        Maryland Bar
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-6080
        Precious.Murchison@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 07-61 (JDB)** |
| : | |
| **v.** : | |
| : | |
| **NAIBEYE KOUMBAIRIA,** : | |
| : | |
| **Defendant.** : | |

### ORDER

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of Time to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial, and the record herein, the Court finding for the reasons set forth in the Government's motion, and for good cause shown, it is

ORDERED, that the Government's Motion is GRANTED, and it is

FURTHER ORDERED, that the Government's Opposition be filed no later than October 26, 2007.

_____         _____
DATE                                                    JOHN D. BATES
                                                               UNITED STATES DISTRICT JUDGE