**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-61 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NAIBEYE KOUMBAIRIA,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to Fed. R. Crim. P. 45, for an enlargement of time in which to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial. As grounds for this motion, the government states as follows:

1.  On September 7, 2007, a jury returned a verdict finding the Defendant guilty of unlawful possession of a firearm and/or ammunition by a person who has been convicted of a crime punishable by more than one year in prison.  On October 9, 2007, the Defendant filed a Motion for Judgment of Acquittal and/or New Trial.

2.  On October 19, 2007, the Court granted the government's first motion for enlargement of time to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial. Due to recent illness and brief absences from the office, undersigned counsel has been unable to complete and file its Opposition.  Undersigned counsel has recovered from recent illness, and the government's Opposition can be filed no later than November 1, 2007.  Undersigned counsel does not anticipate requesting any further extensions.

3.  Undersigned counsel is authorized to represent that counsel for the Defendant, John O. Iweanoge, Esquire, has no opposition to the instant motion.  Accordingly, the Defendant would not

be prejudiced by the Court granting the government an extension of four business days.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the government's Motion for Enlargement of Time be granted, and that the Court permit the Government to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial by close of business on Thursday, November 1, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/s/_____

PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  07-61 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NAIBEYE KOUMBAIRIA,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of

Time to file its Opposition to Defendant's Motion for Judgment of Acquittal and/or New Trial, and

the record herein, the Court finding for the reasons set forth in the Government's motion, and for

good cause shown, it is

ORDERED, that the Government's Motion is GRANTED, and it is

FURTHER ORDERED, that the Government's Opposition be filed no later than November

1, 2007.


_____                          _____
DATE                                                              JOHN D. BATES
                                                                     UNITED STATES DISTRICT JUDGE