UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Vs. : | Criminal No: 07CR61 (JDB) |
| : | Sentencing: November 21, 2007 @ 9:00am |
| NAIBEYE KOUMBAIRIA : | Judge: John D. Bates |
| : | |
| Defendant(s). : | |
| : | |

**SUPPLEMENTAL POSITION OF THE DEFENDANT WITH
RESPECT TO SENTENCING FACTORS**

**COMES NOW**, the defendant, Naibeye Koumbairia, by and through John O. Iweanoge, II, and THE IWEANOGES FIRM, P.C., his attorneys and submits this supplemental position of the defendant with Respect to Sentencing Factors, pursuant to this courts policy regarding procedures to be followed in Guidelines Sentencing, and in accordance with section 6A1.2 of the U.S. Guidelines.

**B1.    The Circumstances and History of the Defendant**

Section 3553 also directs the Court to consider the circumstances and history of the Defendant when determining what sentence is appropriate. Mr. Koumbairia who is a father of two children and legally in this country following the murder of his father, the Chadian Ambassador to the U.S.

While Mr. Koumbairia has maintained stable employment over a long period of time, good relationship with his children, and family, however, he has a drug problem which he has never received treatment. This history of redeemable qualities and drug problem should be considered when determining what sentence is reasonable under Section 3553. (See attached letters in support).

> ... the Sentencing Guidelines do not displace the traditional role of the district court in bringing compassion and common sense to the sentencing process.
> ... In areas where the Sentencing Commission has not spoken ... district discretion in devising sentences that provide individualized justice". *U.S. v. Williams*, 65 F. 3d 301, 309-310 (2d Cir. 1995).

> JoAnn Smith
>
> 5125 8th Street N.W.
>
> Washington, D.C. 20011
>
> (202) 291-5125

Thursday, November 15, 2007

The Honorable Judge Bates

District of Columbia District Court

Dear Judge Bates,

    I am writing this letter on behalf of Naibeye Koumbairia. Naibeye Koumbairia is the father of my 7 year old son Francois Koumbairia. Naibeye has also assumed the role of father to my 15 year daughter KeAnn Smith. In addition, Naibeye is the father of Keshauna Stewart. Naibeye calls me his wife because of the bond and love we have for one another. Naibeye and I have been together for approximately 8 years. I am writing this letter in hope that you will show some flexibility and leniency during this sentencing phase. I have never met a person like Naibeye. Naibeye is very kind hearted. He is the type of man who loves children, and it shows. In the past, Naibeye has volunteered his time tutoring children in our community. He has devoted quality time with our children. I miss Naibeye helping the children with their homework; I miss Naibeye taking Francois to football practice. Trust me, I could go on and on about how much I miss Naibeyes' presence.

1

I guess the old saying "absence makes the heart grow fonder" is true because since Naibeyes' incarceration, I have been sick on many levels. I miss the laughter between Naibeye and his son. My son Francois misses him the most. When Naibeye is home, he and his son (Francois) are inseparable. Since I work and attend school, Naibeye babysits the children. Naibeye is the parent who attends the parents and teachers conferences at Francois's school. He did this because he took great pride in being an active parent. In addition, he is able to effectively communicate to my very rebellious teenage daughter KeAnn about many different topics. Naibeye also attends meetings at KeAnn's school when needed. In September 2006, when I lost my best friend to A.I.D.S, Naibeye was very supportive. Naibeye showed a real caring and humane side of himself by mentoring the teenage son of my deceased friend. On several occasions, he had mentored the teenage boy about going to school and doing positive activities with his life.

True, Naibeye was going through growing pains. Today, I believe Naibeye has had an awakening about life. Naibeye is the only boy of five children. Initially, I was furious with Naibeye because of the events that happened on March 6, 2007, but God spoke to me, and I've come to forgive Naibeye. I am still trying to completely process mentally all that has occurred since March 6, 2007. I had to remind myself that Naibeye's positive characteristics most definitely outweigh the negative characteristics. Naibeye is dedicated to making sure his son is nurtured and cared for. Despite Naibeye working the graveyard shift as a security guard when Francois was a baby, he still managed to muster up enough energy to babysit his son during the day to allow me to go to work. His dedication to being a father is something I treasure. Although Francois is a child, he values every minute he spends with his dad (Naibeye).

In 1994, Naibeye's world was devastated when his father was murdered in Chad. Naibeye's father who was the ambassador of Chad returned home on a business trip only to be murdered. Naibeye said his father's death "crushed him." I truly believe that Naibeye should have gotten grief and loss counseling at the time. After the murder, a young inexperienced Naibeye had to assume the role as the man of the family. Mind you, Naibeye was still immature at the time. I believe the pressure was overwhelming. As he worked various jobs, and tried to find his way, he dreamt about going to college. He later enrolled at the University of the District of Columbia. He was doing well until he had another tragic event-the death of his beloved mother. Mrs. Koumbairia who was otherwise healthy suddenly passed away in her sleep in France. I heard Naibeye cry before, but never the way he cried for his mom. Naibeye is a family oriented person so these deaths ripped into the very fiber of his spirit, and for a time pushed him into depression. In hindsight, I wish I would have insisted that Naibeye get counseling, but work, school, and parenting had exhausted me. Even more, on May 16, 2007, Naibeye's 5 month old niece Anais was laid to rest. Again, Naibeye was grief stricken. I was unsure how to console him. Death and dying is a touchy subject for me. He wanted to talk about these tragic events, but he did not know how to express himself.

Naibeye began gravitating towards his friends more and more during this time. Naibeye's friends all love him because he has an infectious personality. Naibeye has a lot of friends; in fact, sometimes it seems that Naibeye wants to be accepted by his peers. Naibeye's real friends will tell you that Naibeye will "give you the shirt off his back."

**Can Naibeye Contribute Positively to this Society?**

Most definitely! Naibeye contributes positively by fathering his children. KeAnn (age 15) KeShauna (age 8), and Francois (age 7) all benefit by having Naibeye around. American

3

society is built on the strength of the family, and that's why these children need Naibeye. Francois especially needs his father. I don't want Naibeye's children being another fatherless statistic. I do the best I can as a mom, but I can never substitute Naibeye as a parent. For example, in the last couple of weeks, I have been harassed by Francois to join the football team, yet I still said no. I don't like to see my son "roughed up"; furthermore, by the time I leave work it is already to late. When Naibeye was home, he kept Francois actively involved in sports because he says it builds character. Recently, my son has cried periodically for his fathers' return, and this has "broken my heart." I always tell Francois to pray to God. I comfort him by telling him that a brighter day has to come. When he asks me will he ever be with his father again, I tell him God will work it out. Judge Bates, Naibeye is not a threat to anyone; he is a truly good person. I am asking you to please release Naibeye back into society. Naibeye will not have any idle time because he is going to be involved in positive activities all day long. I pray night and day that Naibeye lives up to his full potential. I already believe that Naibeye is a great person destined for great things; he has to believe it to. Having Naibeye home this holiday season will be a real blessing. Thank you for taking time out of your busy schedule to read this lengthy letter. God Bless!

Sincerely,

*JoAnn Smith* (signature)

JoAnn Smith

Edith Koumbairia-Thomas
10725 Venetia Mill Cir # 1B
Silver Spring, MD 20901

November 16, 2007

Dear Judge:

My name is Edith Koumbairia-Thomas, and I am Naibeye Koumbairia's sister. I live in Silver Spring MD, and work in the Washington DC vicinity for the Black Entertainment Television (BET), as the Director of Travel Services. My family and I moved to the United States in 1993 due to my father's job. My father, Francois Mekonyo Koumbairia, a Career Diplomat, was appointed Ambassador of Chad in 1993 under Bill Clinton's Administration. He also represented my country at the United Nations Headquarters in New York. In 1994, my father tragically passed away while on a business trip to Chad. The night before he deceased, the members of the current Government invited him to dinner. The next day, he mysteriously died in his bed. The Government declined performing an autopsy, and declared him death from hypertension…
This tragic event has affected all of us, especially my baby brother Naibeye, the only boy of the family. He was 18 years old at the time my father passed away, and was in a process of graduating from High School when we learned the news. He managed to obtain his High School Diploma the best he could, but reality was that Naibeye was just a teenager then, and did not know how to deal with the pain. He started hanging around the wrong crowd, looking for affection and comfort in the wrong places. This lost was just too unbearable for him, but I had no idea his rebellious ways were an attempt of getting our attention.

Today, my sisters and I are blaming ourselves for not recognizing that Naibeye had a serious problem, which needed immediate professional attention. I left Washington DC, three months after my father passed away and moved to Wilberforce Ohio for College. I graduated in four years with a dual degree: a Bachelor of Science in Finance and a Bachelor of Arts in Economics. Right after graduation, I found a job with a local bank in Dayton, which job I resigned from two years later to pursue my Master of Business Administration. Upon graduation, I got married and gave birth to a beautiful daughter. After years of being away from my family, I decided to move back to the Washington DC area. Then, I realized that Naibeye's lifestyle has taken a toll on him. He used marijuana on a daily basis, which use escaladed into an addiction. I confronted him about it on several occasions, but he is in denial and does not realize he has a problem. I know that my plea to you to give my baby brother a last chance to rehabilitate himself might come across as corny because I am his sibling. Judge, I am reaching out to you begging you for clemency. I am convinced that Naibeye will do just great if he has the opportunity to seek professional help to deal with his pain.
Thank you for your consideration.

Edith Koumbairia-Thomas

Tuesday, November 13, 2007

Dear Judge Bates

My name is Isabelle Koumbairia, and I am Naibeye's older sister. These recent events have been very difficult on all of us, because we have always worked hard to keep our family together since our father was murdered by the Chadian Government in May of 1994. Unfortunately, in May 2005, we suffer another loss when my mother suddenly passed away. This is why I am pleading with you to reconsider my brother's case. I have known Naibeye my whole life, and he is not only a caring brother, but also a good uncle to his nieces and nephews. Even though Naibeye did not always make the best choices in life, he is still a warm and descent person.

Naibeye, more than any of us, has been deeply affected by my father's murder being the only boy in the family. My father, who was the late Ambassador of Chad in Washington DC, was murdered while on a business trip in Chad. Ever since my father passed away, Naibeye had a hard time trying to make sense of his life. We encouraged him to work hard and to stay in school, which he did, but the people he chose to associate himself with had a deeper impact on his personal life. Naibeye and my family do not blame others for his encounters with the law, but circumstances often play a big role in how we conduct and carry ourselves. And Naibeye, who adored my father, was hit with tragedy at a very young age and emotionally suffered a great deal.

If Naibeye is given another chance, I am confident that he will turn his life around and work hard to become a proud and honest citizen of this great country. My brother has always cared for his family who misses him so much, especially his only son Francois who was named after my late father. This is my only brother and we all miss him so much, including his nieces and nephews, and I sincerely believe that my brother needs help, not imprisonment. Thank you for your time and consideration.

Sincerely,

Isabelle Koumbaina

301-755-4959

Lydie D. Koumbairia
3347 Hewitt Avenue, #101
Silver Spring, MD 20906
Home: (301) 871-2076
Mobile: (240) 481-5138
E-mail:


Dear Honorable Judge Bates:


   First, I would like to thank you for taking time out of your busy schedule to read this letter. I am writing on behalf of my dear brother Naibeye E. Koumbairia who is presently incarcerated at the District of Columbia jail.

   I have known my brother Naibeye since his birth and I would like to tell you that he is a fantastic and humble person with lot of good qualities and good heart. He possesses great parenting skills and he is very close to his kids as well as his nieces and nephews. He is always willing to help out people in need and is a good husband to his wife.
   My father Mekonyo Koumbairia, former Ambassador of Chad who arrived in the U.S. in 1993, took a business trip to Chad and was assassinated after few days of his arrival to Chad. His death left us with a lot of pain and broken hearts until this day. Especially Naibeye had hard time coping with the loss so he started to hang out with the wrong crowd instead of following my honorable father's steps. Our mother Marie-Flore Koumbairia who moved from the United States to France after my father passed away. On March 9, 2005, we are hit again by another loss, and this time it's our mother. It is very difficult for us to move on with our lives because our parents were good people and they worked hard for their children and their country. As orphans, we have learned our best to take care of our children and to teach them good values. Today it broke my heart that my only brother is kept away from us. Since his incarceration we have been very supportive and visit him often. I know that my brother is very intelligent person and has a lot of potential and needs us as families to help him do better in this life.

   I would like to ask you Judge Bates to give him another chance to redeem himself and as family, we promise ourselves to help him stay out of trouble.


Sincerely,

Lydie D. Koumbairia

## JUINA R. CARTER, ESQ.

907 Hudson Ave. #1 • Takoma Park, MD 20912

November 15, 2007

The Honorable Judge Bates
District of Columbia District Court

Dear Judge Bates:

We are writing this character letter for Naibeye Koumbairia in reference to his case, which is before your court. We have known Naibeye for approximately five years. In that time, we have become close friends, and he is a trustworthy and loyal friend. We have gotten to know him and his family well, and he has gotten to know our family just as well. We have come to know Naibeye as a dedicated family man who protects and provides for his family, and has great pride and affection for his family. Naibeye drives his son, Francois, to school and picks him up after school everyday. Naibeye attends all of his son's little league football games; we even attended a game with Naibeye.

We ask that you show leniency in Naibeye's case. He is a great friend, father, and family man. Please take Naibeye's good characteristics into consideration when sentencing him. Thank you for your attention to this letter.

Sincerely,

Juina R. Carter & Oumar A. Cissé

**John Dortch**
------------------------------------------------------------------------
1900 Massachusetts Ave., S.E. Washington, D.C. 20003


Dear Honorable Judge Bates;


My name is John Dortch, and I am a Male Outreach Worker with the D.C. Department of Health. I am writing this letter on behalf of Naibeye Koumbairia. I have known Naibeye Koumbairia for approximately 1 1/2 years. Before Mr. Koumbairia's incarceration, he expressed interest in some of the services that I provide. I would like to provide services to Mr. Koumbairia upon his release from jail. My job includes educating District of Columbia residents, specifically men on various issues. Some of the topics I discuss with my case managed clients are as follows: parenting, "Becoming a Better Man," Self Sufficiency, Interviewing Skills etc. I also refer these men to drug treatment programs, and I link them to various job leads. If you have any questions, please contact me on (202) 679-5950.


Thank You,

*John Dortch*

John Dortch

11-15-07

Dear Judge Bates,

I miss my father very much. Can you please send him home?

sincerely Francois



Under the above-described circumstances, "individualized justice" for Mr. Koumbairia is a sentence below the low end of the sentencing guideline range of 18 months.

Respectfully submitted,

Naibeye Koumbairia
Defendant by Counsel

THE IWEANOGES FIRM, P.C.

By: _____
John O. Iweanoge, II (DCB#: 439913)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017
Phone: (202) 347-7026
Fax:   (202) 347-7108
Email: joi@iweanogesfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ____19th____ day of ___NOVEMBER___, 2007, I caused to serve a copy of the foregoing documents:

**SUPPLENTAL POSITION OF THE DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

_X_ by telefaxing with acknowledgement of receipt to the person at the address set forth below:

_X_ by e-mail with acknowledgement of receipt to the person at the address set forth below:

Debra Long-Doyle, AUSA
Precious Murchison, AUSA
United States Attorneys' Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Tennille Losch, USPO
United States Probation Office
for the District of Columbia
333 Constitution Avenue, NW, 2nd Floor
Washington, DC 20001

Dated: __19th__ day of __NOVEMBER__, 2007.

_____
Of Counsel to Defendant

2