HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-0061</u> |
| | : | |
| vs. | : | |
| | : | |
| KOUMBAIRIA, Natbeye | : | Disclosure Date: <u>October 18, 2007</u> |

**FILED**

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                   _____
Prosecuting Attorney                                                                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                       _____
Defendant                    Date                                        Defense Counsel          Date     11/2/07

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 1, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
         United States Probation Officer

THE PSR SHOULD BE CORRECTED ON PAGE 2 TO INDICATE THAT MR. KOUMBAIRIA IS A CITIZEN OF CHAD. THE PSR SHOULD BE CORRECTED ON PARAGRAPH 46 TO ADD THAT DEFENDANT TESTED POSITIVE FOR MARIJUANA USE DURING THE PENDENCY OF THIS CASE. ADDITIONALLY THE PSR SHOULD INCLUDE THE FACT THAT MR. KOUMBAIRIA IS A RESIDENT ALIEN BY WAY OF AN ORDER OF AN IMMIGRATION JUDGE GRANTING HIM A WITHHOLDING OF DEPORTATION. IN LIGHT OF THIS, HE MAY BE A DEPORTABLE ALIEN, IF NOT TO CHAD, BUT TO A WILLING 3RD COUNTRY IF ONE CAN BE FOUND, AND BASED ON UNITED STATES Vs. RENFORD SMITH, HE IS ELIGIBLE FOR DOWNWARD DEPARTURES BECAUSE OF ILLEGAL ALIENAGE AND DOES AFFECT PARAGRAPH 74 OF PSR.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 10/2/07