HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-0061</u> |
| | : | |
| vs. | : | |
| | : | |
| KOUMBAIRIA, Natbeye | : | Disclosure Date: <u>October 18, 2007</u> |

FILED
NOV 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_/s/ Debra L. Long-Doyle_                                        _11-2-07_
Prosecuting Attorney                                                      Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____         _____
Defendant              Date                    Defense Counsel              Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 1, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                              **Page 2**

On Page 2: defendant's citizenship is listed as U.S. I do not believe that is correct unless his status was recently changed. Our latest information indicates that he is a resident alien, but is a citizen of Chad. I also am not sure what if anything can or should be put in the report regarding deportation. The report indicates that according to the defendant he was granted asylum in light of what happened to his father. I am not sure if that is correct and if it is, what, if any affect this conviction will have on his status. I have a call into ICE, but have not yet received an answer.

*Debra C. Long-Doyle*



U.S Department of Justice
United States Attorney
District of Columbia

Judiciary Center
555 Fourth St. N.W.
Washington, D.C. 20530

# USAO-DC
# FAX
## Cover

| | | | |
|---|---|---|---|
| To: | Tennille Losch<br>U.S. Probation Officer<br>John Iweanoge, Jr., Esquire | From: | Debra L. Long-Doyle<br>Assistant U.S. Attorney |
| Fax: | (202) 273-0242<br>(202) 347-7108 | Phone: | (202) 305-0634 |
| Date: | November 2, 2007 | | |
| Re: | U.S. v. Naibeye Koumbairia Cr. No. 07-0061 (JDB) | | |
| Page(s): | 3 including cover | | |

COMMENTS:

Please see the attached Receipt and Acknowledgment of PSR.

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*