Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

**ORIGINAL**

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 07-CR-61 (JDB)
)
NAIBEYE KOUMBAIRIA )

FILED
28 2007

## NOTICE OF APPEAL

Name and address of appellant: NAIBEYE KOUMBAIRIA
DCDC #: 307-315  PDID #: 522-800
CTF/CCA
1901 "E" STREET, SE
WASHINGTON, DC 20003

Name and address of appellant's attorney: JOHN C. IWEANOGE, II
THE IWEANOGES FIRM, P.C
IWEANOGE LAW CENTER
1026 MONROE STREET, NE
WASHINGTON, DC 20017

Offense:

Concise statement of judgment or order, giving date, and any sentence:
DEFENDANT WAS CONVICTED BY A JURY ON 9/7/07 FOR VIOLATION OF 18 USC §§ 922(g)(1) AND 924(a)(2) AND DEFENDANT WAS SENTENCED TO 17 MONTHS ON 11/21/07 BY JUDGE BATES.

Name and institution where now confined, if not on bail: CTF/CCA
1901 "E" STREET, SE
WASHINGTON, DC 20003

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

11/26/07
DATE

X _____
APPELLANT
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                        YES [X]   NO [ ]
Has counsel ordered transcripts?                              YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [X]   NO [ ]