UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAIBEYE KOUMBAIRIA,<br><br>Defendant. | Criminal Action No. 07-061 (JDB) |

## ORDER

Upon consideration of defendant's motion for leave to proceed on appeal *in forma pauperis*, it is hereby

**ORDERED** that the motion for leave to proceed on appeal *in forma pauperis* is **GRANTED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:  December 3, 2007